IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

FILED BY _____ D.C.

MAY 1 1 2020

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. · MIAMI

ANDRE' MIMS

vs.                                    Case No.  97-8075-CR-GOLD

United States of America

_____/

Mims' Motion Requesting Modification of
Sentence Pursuant To 18 USC § 3582(C)(i)(A)(i)
For Compassionate Release

Comes Now, the defendant, hereinafter Mims and moves this

Honorable Court to reduce his sentence pursuant to 18 USC. § 3582 (c)(i)(A)

(i) and Policy statement P.S. 5050.46, as well as the applicable sentencing

Commission policy statements, where Mims can show, after a consideration

of all the factors set forth in 18 USC § 3553 (a), that there are

extraordinary and compelling reasons that warrant a sentence modification.

Moreover, the policy statement for compassionate release permits

a reduction where there exits in a defendants case an extraordinary

and compelling reasons other than or in combination with, "the reminder

of the Guidelines definition." See U.S.S.G. §1B1.13, N.1 (D).

## STATEMENT OF FACTS

On October 31, 2002, Mims, after a jury trial in this matter, the Court sentenced him to two consecutive mandatory §924(c) counts. On count II, the first §924(c) offense Mims was sentenced to a sixty month term of imprisonment. On count IV, the second §924(c) offense the Court imposed a two hundred and forty month sentence for a total of three hundred months, of incarceration arising from the stacking provisions of 18 U.S.C. §924(c).

Mims asserts that the following presents extraordinary and compelling reasons so as the qualify for the requested reduction in sentence motion. Here, because of the severe stacking rules at the time of Mims' offense his four hundred and ten months (34.2 years) is twenty-

years longer than the sentence he would have likely received of one hundred ten months (9.2 years) if he were sentenced under the current law (18 U.S.C §924(c)(1)(c) as it now exists. That is, because the now-amended §924 provision contains punishments that the First Step Act, P.L. 115-391, 32 Stat. 5194, at §403(a) (Dec. 21, 2018), declared to be too punitive and unfair.

Mims requests that the Court modify the term of his imprisonment on counts II and IV to time served with all other terms of sentence as originally imposed to remain unchanged.

MIMS PROPERLY EXHAUSTED HIS REQUEST FOR A REDUCTION OF SENTENCE UNDER THE COMPASSIONATE RELEASE STATUE

The First Step ACT of 2018 amended 18 USC §3582 (c)(1)(A) to allow districts courts to modify sentences of imprisonment upon a motion by the defendant if "the defendant has fully exhausted all administrative rights to appeal a failure of the Bureau of Prisons ("BOP") to bring a motion on the defendants behalf or 30 days from the receipt of such request by the warden of the defendants facility, which-ever is earlier . . . "§603 (b), 132 stat., 5194 (codified at 18 USC §3582(c)(1)(A). Mims filed a request for a reduction of sentence under the compassionate release statute with the warden of his prison at the Federal Correctional Institution in Danbury, Connecticut on December 19, 2019. See letter to warden Licon-Vitale. (See attached Ex. A). The BOP denied this request. (See Warden's response date January 14, 2020 attached hereto as Ex. B). Thus Mims has properly exhausted his claim. See 18 USC §3582 (c)(1)(A)(court can reduce a sentence "upon a motion of the defendant", if the defendant has fully exhausted a administrative remedies).

OTHER EXTRAORDINARY AND COMPELLING REASONS

Section 3582(c)(1)(A)(i) authorizes the modification of a sentence of imprisonment if "extraordinary and compelling reasons" warrant such reduction. The section provides a safety valve against what otherwise would be a harsh result stemming from a non-retroactive clause. With the passing of the First Step Act, Congress concluded that the punishments arising from the stacking provisions of 18 USC §924(c) were to punitive and unfair. See United States v. McPherson (No. CR94-5708 RJB)(WD Wash Apr. 14, 2020). In August of 1995 a jury found the defendant guilty and was sentenced to 392 months (32.6 months) in prison resulting from stacked mandatory minimum consecutive sentences under §924(c). The McPherson Court held that his sentence "to over 32 years in prison for what is probably a 14 year offense was 15 years beyond what is now deemas a fair penalty by our law." The Court continued that "he has already served 26 years of that now clearly unfair sentence"; and recommended that be sentenced to time served. Id. Also see United States v. Wade (No. 2:99-CR-00257-CAS)(CD Cal. Apr. 13, 2020); United States v. Urkevich, 2019 WL 6037391 (D. Neb Nov. 14, 2019). In the case at bar, Mims was also convicted after jury trial and sentenced

to 410 months in prison (34.2 years) also resulting from the stacking provisions of 924(c) leaving Mims with a stacked 25 year (300 months which is 20 years longer than Congress now deems warranted for the committed. A number of district courts have also found that the drastic reduction in 924(c) sentences, with it elimination of stacking in combination with other circumstance may warrant a modification of of Mims' sentence.

Mims understands that consideration of his rehabilitation cannot be considered by itself as sufficient to constitute extraordinary and compelling reasons. 28 U.S.C. §994(t); USSG §1B1.13 comment (n.3). Instead his rehabilitation should be viewed in combination with other factors to establish, in their entirety, such extraordinary and compelling reasons. See Pepper v. United States, 562 U.S. 476, 490-91 (2011)("evidence of postsentencing rehabilitation may be highly relevant to several of the §3553(a) factors that Congress has expressly instructed district courts to consider at sentencing.").

MIMS REMARKABLE RECORD OF REHABILITATION ADDS TO THE DETERMINATION HE PRESENTS EXTRAORDINARY AND COMPELLING REASON §994(t); U.S.S.G. §1B1.13 COMMENT (N.3)

While most young men (Mims was 33) would be crushed under the weight of serving a 410 month sentence, he was different. Instead of acting out or approaching prison with a "What's the point?" attitude, Mims started his time in the BOP taking great strides to change the narrative of who he was, by compiling an extraordinary record of rehabilitation.

At the time of this writing Mims have served approximately 67% of his sentence (275 months) and have put together a sterling prison record incident free. Since Mims arrival to Danbury F.C.I. he has been an involved positive community leader, and a positive peer in his participation as a mentee and subsequently hired as a mentor in the SKILLS Program for a least 5.5 years. Mims has been the longest tenured member of the community. The SKILLS Program is designed to improve the institutional adjustments of inmates who have intellectual and social deficiencies. As an important fixture and direct mentor to approximately 115 program participants, the program has realized a mentee graduation rate of approximately 77%.

As a community leader Mims has consistently received staff recognition by maintaining and promoting program principles (see attached letters accreditation from various department, labeled hereto as, ex C), and has been a trusted and valuable member of the education department. Mims had direct involvement that consisted of extensive educational achievements. Mims has accomplished approximately 22,530 program hours that included several apprenticeships;

| | | |
|---|---|---|
| Department of Labor | - Baker's Apprenticeship | Danbury, CT |
| Department of Labor | - Administrative Assistant Apprenticeship | Miami, FL |
| Department of Labor | - Business Management & Law Apprenticeship | Miami, FL |
| Department of Labor | - Business Math Apprenticeship | Miami, FL |
| Department of Labor | - Customer Assistant Technology Apprenticeship | Miami, FL |
| Department of Labor | - Peer Specialist Apprenticeship | Danbury, CT |
| VT Culinary Arts Program | | Danbury, CT |
| ServSafe Certification | | Danbury, CT |

and over 50 ACE Classes. (See Individual Reentry Plan - Program Review, labeled hereto as ex-D).

Lastly, Mims has been an inspired teacher. Since he learned to speak American Sign Language in 2002, he has interpreted, taught, and tutored over 100 inmates, and have assisted several prison facilities by interpreting for the hearing impaired. These factors in combination with the fundamental changes to the sentencing policy in the First Step Act's elimination of the stacking provisions of §924(c) establishes extraordinary and compelling reasons justifying Mims request for a reduction in sentence motion.

## CONSIDERATION OF THE FACTORS SET FORTH IN 18 U.S.C. §3553(a)

Mims states that he does not present a "danger to the safety of any other person or to the community, as provided in 18 U.S.C. §3142(g)." U.S.S.G §1B1.13(2). Although Mims was convicted of serious offenses, the evidence of rehabilitation during the intervening of approximately 23 years, the extensive and close ties that Mims maintains with his sister and family members in the Jamaica, Queens area where he has a stable residence to reside, and gainful employment at TOP STOCK ENTERPRISES, INC. in St. Albans, Queens, NY 11412; as well as Mims' aquired occupational and professional training which will additionally increase Mims' odds of obtaining meaningful post-release employment.

Most important Mims avers that he understands how his conduct has adversely affected all the people involved and has caused a great deal of heartaches and pain and for this I am deeply remorseful. This is why I have participated in restorative justice and other programs and engaged in efforts to mentor and prevent others from making the same mistakes I made. This caused me to repeatedly discuss the circumstances of my crime, thinking errors, causitive factors and the impact my actions on others. From that I learned a fuller understanding of the nature and magnitude of my offense and enhanced acceptance of responsibility and remorse.

Finally after considering the remaining 3553(a) factors in light of the changed circumstances explained above a sentence of time served, representing 23 years in prison, reflects the seriousness of the offense, and promotes respect for the law and provides just punishment. 18 U.S.C. § 3553(a)(2)(A). Mims sentence will also avoid warranted disparities among defendants with similar record convicted of similar conduct. As a result of a non-retroactive clause, Mims was sentenced to over 34 years in prison for what is now a 14 year crime. His sentence is about 20 years beyond what is now deemed a fair penalty by the current law. 18 U.S.C. §3553(a)(6).

Mims does not represent a danger to any person or the community, and his sentence has served and continues to serve as an adequate deterrance to protect the public from further crimes. (See BOP's recidivism risk level determination for Mims described as low, attached review is labeled hereto as ex. E), which considering the injustice of facing a term of incarceration twenty years longer than Congress now deems warranted as well as Mims' extensive record of rehabilitation shows that the chances of becoming a repeat offender will not occur. 18 U.S.C. §3553 (a)(2)(B)(C).[1]

Accordingly, Mims respectfully requests that this Honorable Court granted his motion to reduce his sentence and impose a sentence of time served.

Respectfully Submitted

Andre' Mims

#40565-054
Andre' Mims
FCI Danbury
Danbury, CT 06811

[1] Recidivism rate declines relatively consistently as age progresses reaching a low percentage of 6.2% for defendants who age exceeds 50 by the of their release. (See e.g. U.S. Sentencing Commission, measuring recidivism, 2004). Mims is 57.

BP-A0148
JUNE 10

**INMATE REQUEST TO STAFF** CDFRM

**U.S. DEPARTMENT OF JUSTICE**                    **FEDERAL BUREAU OF PRISONS**

| TO:(Name and Title of Staff Member) WARDEN  LICON- Vitale | DATE: December, 19, 2019 |
|---|---|
| FROM: ANDRÉ MIMS | REGISTER NO.: 40565-054 |
| WORK ASSIGNMENT: SKILLS MENTOR | UNIT: I-A |

SUBJECT: (Briefly state your question or concern and the solution you are requesting. Continue on back, if necessary.  Your failure to be specific may result in no action being taken.  If necessary, you will be interviewed in order to successfully respond to your request.

I Am requesting that the BOP file a motion for Reduction in Sentence (RIS) on my behalf, based on the following

See the attached Memorandum

André Mims
Thank You

EXHibit-A

(Do not write below this line)

DISPOSITION:

| Signature Staff Member | Date |
|---|---|
| | |

Record Copy - File; Copy - Inmate

PDF                                        Prescribed by P5511

This form replaces BP-148.070 dated Oct 86
and BP-S148.070 APR 94

INMATE ANDRE MIMS (40565-054)

REQUEST FOR A RIS MOTION

## A. INITIATION OF REQUEST

I request that the BOP file a motion for a reduction in sentence (RIS) based on "other reasons" criteria of the United States Sentencing Guidelines, Section 1B 1.13 comment. (N.1)(D). The policy statement for compassionate release, which permits a reduction when there exists in a defendants' case as extraordinary and compelling reasons other than or in combination with, "the remainder of the Guideline definition." See U.S.S.G §1B1.13, N.1 (D).

## B. EXTRAORDINARY AND COMPELLING CIRCUMSTANCES

I believe the following presents particularly extraordinary and compelling reasons so as to qualify me for the requested RIS motion. In this case, because of the severe stacking rules in place at the time of my crime, my sentence of 410 Months (34.2 Years) is twenty-five years longer than the sentence I would likely have received of 110 Months (9.2 Years) if I were sentenced under the current law (18 U.S.C. §924(c)(1)(c)) as it now exists. That is because the now-amended §924 provision contains punishments that the First Step Act, P.L. 115-391, 32 Stat. 5194, at §403(a) (Dec. 21, 2018), declared to be too punitive and unfair. An extraordinary and compelling reason for the BOP to submit a motion for RIS.

C. OTHER EXTRAORDINARY AND COMPELLING FOR THE BOP TO FILE FOR RIS IN MIMS BEHALF

MIMS REMARKABLE RECORD OF REHABILITATION ADDS TO THE DETERMINATION HE PRESENTS EXTRAORDINARY AND COMPELLING REASON §994(t); U.S.S.G. §1B1.13 comment (N.3)

While most young men would be crushed under the weight of serving a 410 Month sentence, I was different. Instead of acting out or approaching prison with a "What's the point?" attitude, I started my time in the BOP taking great strides to change the narrative of who I was, by compiling an extraordinary record of rehabilitation.

At the time of this writing I have served approximately 66.4% of my time (270 Months) and have put together a sterling prison record being incident free. Since my arrival at Danbury F.C.I. I have been an involved positive community member, and a positive peer in my participation as a mentee and then subsequently hired as a mentor in the SKILLS Program for the last 5.5 Years. I have been the longest tenured member of the community. The SKILLS Program is designed to improve the institutional adjustments of inmates who have intellectual and social deficiencies. As an important fixture and direct mentor to approximately 115 program participants, the program has realized a mentee graduation rate of approximately 77%.

As a community leader I have consistently received staff recognition by maintaining and promoting program principles (see attached letters of accreditation from various departments), and have been a trusted and valuable member of the education department. I have had direct involvement that consisted of extensive educational achievements. I have accomplished approximately 22,530 program hours that included several apprenticeships;

| | |
|---|---|
| Department of Labor – Baker's Apprenticeship | Danbury, CT |
| Department of Labor – Administrative Assistant Apprenticeship | Miami, FL |
| Department of Labor – Business Management & Law Apprenticeship | Miami, FL |
| Department of Labor – Business Math Apprenticeship | Miami, FL |
| Department of Labor – Customer Assistant Technology Apprenticeship | Miami, FL |
| VT Culinary Arts Program | Danbury, CT |
| ServSafe Certification | Danbury, CT |

and over 50 ACE Classes. (See Individual Reentry Plan–Program Review)

Lastly, I have been an inspired teacher. Since I learned to speak American Sign Language in 2002, I have interpreted, taught, and tutored over 100 inmates, and have assisted several prison facilities by interpreting for the hearing impaired. These factors in combination with the fundamental changes to the sentencing policy in the First Step Act's elimination of the stacking provisions of §924(c) establishes extraordinary and compelling reasons justifying a request for a RIS motion.

D. REFLECTION OF THE SERIOUSNESS OF THE OFFENSE

Finally, after considering the factors set out in 18 U.S.C. §3553(a) and in light of the changed circumstances explained above, a sentence of time served, representing 22½ years in prison reflects the seriousness of the offense, promotes respect for the law and provides just punishment, 18 U.S.C. §3553(a)(2)(A). I believe I meet the criteria set forth in the statues and the U.S.S.G. and do not represent a danger to any person or community if released. (See e.g. U.S. Sentencing Commission, Measuring Recidivism, 2004) (Recidivism rates decline relatively consistently as age progresses, reaching a low percentage of 6.2% for defendants whose age exceeds 50 by the time they're released.)

I am 56 and have the love and support of my family and friends. I have a choice of residences I can reside at. I also have gainful employment, and will also volunteer my time to speak in different venues to kids and troubled youths about their life choices.

The sentence I have served and continue to serve is an adequate deterrence to protect the public from further crimes which, given my age and rehabilitation, will not occur. 18 U.S.C. §3553(a)(2)(B),(C).

CONCLUSION

For good cause having been shown, I humbly ask that my request for a reduction in sentence be granted.

André Mims
40565-054

Response to Inmate Request to Staff Member

MIMS, Andre
Register Number:  40565-054
Unit:  I-A

This is in response to your Inmate Request to Staff received
January 7, 2020, in which you are requesting to be considered for
early release pursuant to Program Statement 5050.50, Compassionate
Release/Reduction in Sentence, Procedures for Implementation of 18
U.S.C. 3582 (c)(1)(A) & 4205 (g).  Specifically, you request
consideration as per Compassionate Release/Reduction in Sentence:
Procedures for Implementation of 18 U.S.C. §§ 3582(c)(1)(A) and
4205(g), Extraordinary or Compelling Circumstances.

Your request has been reviewed, and the findings are as follows:

- In review of your request under extraordinary or compelling
  circumstances your request for compassionate release is denied.
  The Bureau of Prisons Compassionate Release Program is not the
  correct forum to address judicial determinations or
  proceedings.  You should seek advice from your attorney to
  determine if you may appeal through the appropriate sentencing
  court on these matters.

Upon review, in accordance with Program Statement 5050.50, your
request is not approved. If you are not satisfied with this response,
you may appeal through the Administrative Remedy Program.

M. Licon-Vitale, Warden                          1/14/20
                                                 Date

EXHibit - B

 

Λε

U.S. Department of Justice

Federal Bureau of Prisons

Federal Correctional Institution

P.O. Box 723
Edgefield, South Carolina 29824

January 31, 2006

MEMORANDUM FOR FDC MIAMI
              G HOUSE UNIT MANAGER

FROM:         Valarie A. Kepner, Supervisor of Education

SUBJECT:      MIMS, ANDRE
              REGISTER NUMBER 40565-054

This memo is to inform you that, while incarcerated at FCI
Edgefield, inmate Mims worked as a tutor for the Special Learning
Needs classes.  Specifically, since he is fluent in Sign
Language, he was assigned to assist an inmate who was deaf and
mute.  He worked with this inmate daily in classes and ensured
that all directions and assignments were understood and
completed.  He also assisted this inmate in the housing unit and
at Mainline in communicating with staff.

Inmate Mims' diligence as a tutor ensured that the deaf inmate
made favorable progress in class and was able to function in his
daily life within the institution.

EXHibit - C



U.S. Department of Justice

Federal Bureau of Prisons

FCI Danbury

33 ½ Pembroke Road, Route 37

Danbury, CT 06811-3099

April 30, 2019

To Whom It May Concern:

I have had the privilege of supervising Inmate Mims (40565-054) since the development of the Inmate Companion Program at FCI Danbury. In his role as a companion he works with a deaf inmate helping him adjust to incarceration at FCI Danbury, providing support during his medical appointments to communicate with staff and works with his companion to obtain his GED. Mims has proven to be trustworthy and compassionate towards those involved with the companion program. He has taught others within the unit sign language in order to better communicate with his companion and has encouraged a supportive environment. Mims has proven to be a great communicator, trustworthy and a strong asset to the companion program.

If I can provide any additional information, please contact me directly.

Thank you,

Rose Adamson, Social Worker, LCSW

To whom this may concern

This letter is in recognition of the efforts, dedication, and contributions that Mr. Mims has given to my department. He is a man of high personal character, as demonstrated by his willingness to do whatever is necessary to get the job done. Mr. Mims' cooperation with staff and other inmates reflects his friendliness, courtesy, hard work, leadership, and initiative. He follows directions well and is a self-starter, who does not need to be told what needs to be done. He inspires other inmates to follow his lead. Mr. Mims has performed a great service to this department, as a worker and as a volunteer.

Trust Fund Department.



U.S. Department of Justice
Federal Bureau of Prisons
Federal Correctional Institution
33 ½ Pembroke Road
Danbury, Connecticut 06811

November 27, 2019

MEMORANDUM FOR ALL CONCERNED

FROM:    M. John-Pierre, Supervisor of Education

SUBJECT:  Mims, Andre Reg. No. 40565-054

Throughout his incarceration, Mr. Mims has maintained steady employment, to include being a tutor, a cook, and a care taker for disabled inmates as a companion. He interacts with the inmate population and Education staff on a professional level.

Mr. Mims has been active in inmate programming and has completed over fifty Adult Continuing Education courses. In addition, he completed several courses to help become a better person, such as Parenting, the Baker Apprenticeship program and Business Administration through the Department of Labor. He is also ServSafe certified. Mims has been a Skills Program Mentor since 2015 and employed the Education Department since January 2019 as a Sign Language Interpreter for a deaf student. Mr. Mims continues to make positive changes and is an example of how one can rehabilitate themselves while incarcerated.



## Summary Reentry Plan - Progress Report

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: MIMS, ANDRE  40565-054

SEQUENCE:  00149105
Report Date: 12-21-2019



| | | | |
|---|---|---|---|
| Facility: | DAN  DANBURY FCI | Custody Level: | IN |
| Name: | MIMS, ANDRE | Security Level: | LOW |
| Register No.: | **40565-054** | Proj. Rel Date: | 04-01-2027 |
| Quarters: | I01-001L | Release Method: | GCT REL |
| Age: | 56 | DNA Status: | MIA03145 / 05-26-2011 |
| Date of Birth: | 03-16-1963 | | |

### Offenses and Sentences Imposed

| Charge | Terms In Effect |
|---|---|
| 18:922(G)(1),1951(A),924(C),924(A)(2) OBST,DELAY,AFFECT COMMERCE BY ROB MEANS FORCE,VIOLENCE,FEAR INJURY,POSS F/A BY CONV FELON,KNOW USE/CARRY F/A DUR/IN RELATION CRIME VIOLENCE | 410 MONTHS |

Date Sentence Computation Began:     10-30-2002
Sentencing District:   FLORIDA, SOUTHERN DISTRICT

| Days FSGT / WSGT / DGCT | Days GCT or EGT / SGT | Time Served | + Jail Credit  - InOp Time |
|---|---|---|---|
| 0 /    0 /    0 | 1,188 | Years: 22 Months: 5 Days: | + 1953    JC - 0     InOp |

### Detainers

| Detaining Agency | Remarks |
|---|---|
| *NO DETAINER* | |

### Program Plans

Inmate Mims arrived at FCI Danbury on 06-17-2014. At his initial review he was encouraged to participate in any apprenticeship program and maintain clear conduct. Inmate Mims was recommended to complete all six core topics of the Release Preparation Program (RPP) prior to RRC placement.

### Current Work Assignments

| Facl | Assignment | Description | Start |
|---|---|---|---|
| DAN | EDC TUTOR | FCI EDUCATION TUTORS | 01-29-2019 |

### Work Assignment Summary

Inmate Mims has consistently earned average and above average work evaluations during his period of incarceration. He has gained employable work skills through his employment through the Skills Mentor Program and Education. He has begun to compile a resume and he intends to seek employment upon his release from incarceration where he can utilize these skills. Inmate Mims is currently a Education tutor. To date, he has obtained good monthly evaluations.

### Current Education Information

| Facl | Assignment | Description | Start |
|---|---|---|---|
| DAN | ESL HAS | ENGLISH PROFICIENT | 05-05-1999 |
| DAN | GED HAS | COMPLETED GED OR HS DIPLOMA | 03-17-2003 |

### Education Courses

| SubFacl | Action | Description | Start | Stop |
|---|---|---|---|---|
| DAN | C | PARENTING-BUILD BETTER FUTURES | 10-25-2018 | 02-27-2019 |
| DAN | C | FCI-REAL BABY PROGRAM | 10-18-2018 | 10-25-2018 |
| DAN | C | PEER SPECIALIST | 08-30-2017 | 02-09-2018 |
| DAN | C | ACE-STOCK MARKET | 06-05-2017 | 07-24-2017 |
| DAN | C | INTRO TO REAL ESTATE | 04-03-2017 | 05-25-2017 |
| DAN | C | INTRO TO IMPORTING & EXPORTING | 04-03-2017 | 05-25-2017 |
| DAN | P | BAKER APPRENTICESHIP PROGRAM | 09-21-2015 | 04-18-2017 |
| DAN | C | FINANCIAL PLANNING | 05-18-2016 | 07-13-2016 |
| DAN | C | SMALL BUSINESS I | 05-24-2016 | 07-21-2016 |

EXHIBIT- D



### Summary Reentry Plan - Progress Report

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: MIMS, ANDRE  40565-054

SEQUENCE: 00149105
Report Date: 12-21-2019

| SubFacl | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| DAN | C | BUSINESS ACCOUNTING I | 04-05-2016 | 05-31-2016 |
| DAN | C | ACE SMALL BUSINESS 2 | 01-19-2016 | 03-15-2016 |
| DAN | C | ACE SMALL BUSINESS 1 | 09-17-2015 | 11-17-2015 |
| DAN | C | CUL. DIN. ROOM ETIQUETTE | 06-16-2015 | 07-18-2015 |
| DAN | C | VT CULINARY ARTS PROGRAM | 03-18-2015 | 07-18-2015 |
| DAN | C | BAKESHOP PROD/PRIN/INGREDIENT | 06-03-2015 | 06-16-2015 |
| DAN | W | ADMIN. ASST. APPRENTICESHIP | 03-06-2015 | 06-16-2015 |
| DAN | C | RECIPES-INTERNATIONAL CUISINES | 05-29-2015 | 06-03-2015 |
| DAN | C | FOOD PRESENTATION AND GARNISH | 05-27-2015 | 05-29-2015 |
| DAN | C | FOOD PREPARATION | 05-22-2015 | 05-27-2015 |
| DAN | C | UNDERSTAND COOKING | 05-14-2015 | 05-22-2015 |
| DAN | C | ADVANCED SPANISH-FCI | 04-16-2015 | 06-02-2015 |
| DAN | C | UNDERSTAND COOKING | 04-17-2015 | 05-14-2015 |
| DAN | C | COOK TOOLS AND EQUIPMENT | 04-10-2015 | 04-17-2015 |
| DÁN | C | SANITATION/SAFETY/REC. & STORE | 04-06-2015 | 04-10-2015 |
| DAN | C | CULINARY INTRO TO FOOD SERVICE | 03-18-2015 | 04-06-2015 |
| DAN | C | INTERMEDIATE SPANISH-FCI | 01-13-2015 | 03-18-2015 |
| DAN | C | ACE SMALL BUSINESS 2 | 10-16-2014 | 12-08-2014 |
| MIA | C | PROFESSIONAL SALES & PROMOTION | 09-04-2013 | 11-27-2013 |
| MIA | C | MONEY SMART COURSE | 09-10-2013 | 11-26-2013 |
| MIA | C | WORLD OF BUSINESS | 09-09-2013 | 12-09-2013 |
| MIA | C | INTERNATIONAL BUSINESS | 10-09-2012 | 12-18-2012 |
| MIA | C | BUSINESS  MANAGEMENT & LAW | 01-07-2008 | 11-10-2009 |
| MIA | C | COMPUTER APPLICATIONS 1 | 01-15-2010 | 06-10-2010 |
| MIA | C | CONTEMPORARY ECNOMICS M/W 6- | 04-22-2010 | 07-22-2010 |
| MIA | C | ACCOUNTING 12-2PM | 02-01-2010 | 07-20-2010 |
| MIA | C | RPP 6 PSYCHOLOGY GRP | 06-01-2010 | 06-01-2010 |
| MIA | C | AIDS AWARENESS | 02-16-2010 | 02-17-2010 |
| MIA | C | BUSINESS LAW | 09-01-2009 | 11-10-2009 |
| MIA | C | BUSINESS COMMUNICATION | 01-12-2009 | 05-04-2009 |
| MIA | C | BUSINESS MANAGEMENT | 06-08-2009 | 08-26-2009 |
| MIA | C | COMPUTER APPLICATIONS 1 | 09-22-2008 | 06-04-2009 |
| MIA | C | CUSTOMER ASST TECHNOLOGY | 01-07-2008 | 05-21-2009 |
| MIA | C | BUSINESS KEYBOARDING | 11-30-2007 | 09-22-2008 |
| MIA | C | CAREER ASSESSMENT | 12-22-2008 | 12-22-2008 |
| MIA | C | BUSINESS MATH | 07-29-2008 | 12-18-2008 |
| MIA | C | SPANISH 2 THURS 6 - PM | 11-05-2008 | 01-29-2009 |
| MIA | C | CAREER TRAINING ORIENTATION | 03-18-2008 | 03-18-2008 |
| MIA | C | OFFICE PROCEDURES & | 01-07-2008 | 05-06-2008 |
| MIA | C | SMALL BUS MARKETING THUR 6-8PM | 11-15-2007 | 02-07-2008 |
| EDG | C | REC-CALISTHENICS-1PM - 2PM | 05-08-2007 | 08-15-2007 |
| EDG | C | SOCIAL SERVICES FAIR-PARENT | 11-30-2005 | 11-30-2005 |
| EDG | C | VICTIM AWARE/IMPACT-MAHOMES | 08-23-2005 | 10-26-2005 |
| EDG | C | BEGINNING PARENTING | 02-09-2005 | 03-30-2005 |
| EDG | C | BUSINESS OF INSURANCE ACE | 06-02-2003 | 08-25-2003 |
| EDG MED | C | BEGINNING AEROBICS | 03-01-2003 | 05-08-2003 |

### Education Information Summary

Inmate Mims has completed a U.S. Department of Labor apprenticeship as both a Baker (3668 Hrs) & VT Culinary Arts Worker( 450 Hrs). This is consistent
with past participation in such programs as Skills Peer Specialist, Administration Assistant, Business MGT & Law, Computer Applications, Computer Applications 2, Customer ASST Technology, Business Keyboarding, & Parenting Build Better Futures.

### Discipline Reports

| Hearing Date | Prohibited Acts |
|--------------|-----------------|
| 03-21-2002 | 305 : POSSESSING UNAUTHORIZED ITEM |



## Individualized Reentry Plan - Program Review  (Inmate Copy)

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: MIMS, ANDRE  40565-054

SEQUENCE: 00720912
Team Date: 02-22-2019

| SubFaci | Action | Description | Start | Stop |
|---------|--------|-------------|-------|------|
| MIA | C | BUSINESS LAW | 09-01-2009 | 11-10-2009 |
| MIA | C | BUSINESS COMMUNICATION | 01-12-2009 | 05-04-2009 |
| MIA | C | BUSINESS MANAGEMENT | 06-08-2009 | 08-26-2009 |
| MIA | C | COMPUTER APPLICATIONS 1 | 09-22-2008 | 06-04-2009 |
| MIA | C | CUSTOMER ASST TECHNOLOGY | 01-07-2008 | 05-21-2009 |
| MIA | C | BUSINESS KEYBOARDING | 11-30-2007 | 09-22-2008 |
| MIA | C | CAREER ASSESSMENT | 12-22-2008 | 12-22-2008 |
| MIA | C | BUSINESS MATH | 07-29-2008 | 12-18-2008 |
| MIA | C | SPANISH 2 THURS 6 - PM | 11-05-2008 | 01-29-2009 |
| MIA | C | CAREER TRAINING ORIENTATION | 03-18-2008 | 03-18-2008 |
| MIA | C | OFFICE PROCEDURES & | 01-07-2008 | 05-06-2008 |
| MIA | C | SMALL BUS MARKETING THUR 6-8PM | 11-15-2007 | 02-07-2008 |
| EDG | C | REC-CALISTHENICS-1PM - 2PM | 05-08-2007 | 08-15-2007 |
| EDG | C | SOCIAL SERVICES FAIR-PARENT | 11-30-2005 | 11-30-2005 |
| EDG | C | VICTIM AWARE/IMPACT-MAHOMES | 08-23-2005 | 10-26-2005 |
| EDG | C | BEGINNING PARENTING | 02-09-2005 | 03-30-2005 |
| EDG | C | BUSINESS OF INSURANCE ACE | 06-02-2003 | 08-25-2003 |
| EDG MED | C | BEGINNING AEROBICS | 03-01-2003 | 05-08-2003 |

### Discipline History (Last 6 months)

| Hearing Date | Prohibited Acts |
|--------------|-----------------|

**\*\* NO INCIDENT REPORTS FOUND IN LAST 6 MONTHS \*\***

### Current Care Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| CARE1-MH | CARE1-MENTAL HEALTH | 12-01-2015 |
| CARE2 | STABLE, CHRONIC CARE | 12-20-2006 |

### Current Medical Duty Status Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| HGT RESTR | NO LADDERS/NO UPPER BUNK | 06-25-2014 |
| PAPER | LEGACY PAPER MEDICAL RECORD | 11-30-2018 |
| REG DUTY W | REGULAR DUTY W/MED RESTRICTION | 06-25-2014 |
| WGT 20 LB | WEIGHT-NO LIFTING OVER 20 LBS | 07-29-2015 |
| YES F/S | CLEARED FOR FOOD SERVICE | 07-29-2015 |

### Current Drug Assignments

| Assignment | Description | Start |
|------------|-------------|-------|
| DRG E COMP | DRUG EDUCATION COMPLETED | 04-06-2005 |
| DRG I NONE | NO DRUG INTERVIEW REQUIRED | 02-26-2003 |

### FRP Details

| Most Recent Payment Plan |
|--------------------------|

**FRP Assignment:**   **NO OBLG**   **FINANC RESP-NO**       **Start: 12-22-2014**

Inmate Decision:   **AGREED**     **$25.00**     Frequency: **QUARTERLY**

Payments past 6 months:     **$0.00**     Obligation Balance: **$1,895,691.00**

**Financial Obligations**

| No. | Type | Amount | Balance | Payable | Status |
|-----|------|--------|---------|---------|--------|
| 1 | ASSMT | $600.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | \*\* NO ADJUSTMENTS MADE IN LAST 6 MONTHS \*\* | | | |
| 2 | REST NV | $1,896,341.00 | $1,895,691.00 | DEFERRED | WAIT PLAN |
| | | \*\* NO ADJUSTMENTS MADE IN LAST 6 MONTHS \*\* | | | |

**Payment Details**

Trust Fund Deposits - Past 6 months:  $795.00       Payments commensurate ?  N/A

New Payment Plan:     | \*\* No data \*\* |

### Progress since last review



## Summary Reentry Plan - Progress Report

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: MIMS, ANDRE  40565-054

SEQUENCE: 00149105
Report Date: 12-21-2019

| Most Recent Payment Plan | | | | | |
|---|---|---|---|---|---|
| No. | Type | Amount | Balance | Payable | Status |
| 1 | ASSMT | $600.00 | $0.00 | IMMEDIATE | COMPLETEDZ |
| | | ** *NO ADJUSTMENTS MADE IN LAST 6 MONTHS* ** | | | |
| 2 | REST NV | $1,896,341.00 | $1,895,691.00 | DEFERRED | WAIT PLAN |
| | | ** *NO ADJUSTMENTS MADE IN LAST 6 MONTHS* ** | | | |

### Financial Responsibility Summary

At the time of sentencing, inmate Mims was ordered to pay a $100 felony assessment fee which has been met. His restitution has been deferred upon release.

### Release Planning

Inmate Mims maintains strong family ties, receiving visits and making many phone calls. He has encouraged others to maintain ties to their communities as well. He has been making great strides in preparing for reentry into the community.

### General Comments

Inmate Mims is required to enroll in the Release Preparation program which covers topics including, personal financial responsibility, interviewing skills, expectations of supervised release, and re-entry. To date, he has not completed his RPP requirements.



**Summary Reentry Plan - Progress Report**

Dept. of Justice / Federal Bureau of Prisons
Plan is for inmate: MIMS, ANDRE  40565-054

SEQUENCE: 00149105
Report Date: 12-21-2019

| | |
|---|---|
| Name: | MIMS, ANDRE |
| Register Num: | 40565-054 |
| Age: | 56 |
| Date of Birth: | 03-16-1963 |
| DNA Status: | MIA03145 / 05-26-2011 |

_Andre' Mims_

Inmate    (MIMS, ANDRE, Register Num: 40565-054)

12/23/19
Date

Chairperson

12/23/19
Date

Case Manager

12/21/19
Date

DATE REVIEWED: _____11-27-2019_____

INSTITUTION:     FCI Danbury_____     UNIT:        I-A_____

INMATE NAME:    Mims, Andre_____     REG NO:     40565-054_____

FIRST STEP ACT (Circle One):        ELIGIBLE     /     INELIGIBLE

RECIDIVISM RISK LEVEL (Circle One):        MINIMUM    LOW   MEDIUM     HIGH

EXHibit - E