AFFIDAVIT

RE: Affidavit in support of Andre Mims fir compassionate Release case No. 97-CR- 8075

*JUN 0 3 2020 — ANGELA E. NOBLE, CLERK U.S. DIST. CT. S.D. OF FLA. - MIAMI*

I declare that the following is true and correct to the best of my knowledge, pursuant to 28 U.S.C.

My name is Hope M. Harding and the sister of Andre Mims;

I am an essential worker who resides at 125 - 30 Sutphin Blvd, in south Jamica Queens. And is willing to provide my brother a stable residence that will include food clothing, shelter and transportation to and from his place of employment.

I can also provide adequate assistance in guiding my brother with proper road map to his re-introduction into society.

What encourage my assistance is that my brother is a PEER SPECIALIST that has worked with special needs individuals for the past six years. He also speaks AMERICAN SIGN LANGUAGE, and looking to acquire his certification at Charteroaks ed online.

My brother has a stern interest in speaking with troubled youth and provide positive social surrounding in a community outreach program.

These are a few areas that I can provide my brother with the most to help him reintegrate back into society.

If you need any further information please contact me at 347 225 7552

        Thank you

Mrs. Hope Harding
125-30 Sutphin Blvd Apt 13108
Jam, NY 11434

NEW YORK NY 100
26 MAY 2020 PM 13 L

United States District Court
United States Clerk of the Court
400 N. Miami Ave
Miami, FL 33128

Judge Moore

USMS INSPECTED    RECEIVED    JUN 03 2020 12:04 PM