UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

FILING FEE
PAID ___ NO
In Forma Pauperis ___ NO
Angela E. Noble, Clerk

Case No. 9:97-cr-08075-KMM-1

FILED BY ___ PG ___ D.C.
SEP 01 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Uniteds States of America

v.

ANDRE' MIMS

Defendant
_____/

## NOTICE OF APPEAL

COMES Now, the defendant ANDRE' MIMS, pro-se and hereby files this notice of appeal to the district courts' denial of MIMS Motion for compassionate release sentence reduction pursuant to 18 USC §3582(c)(1)(A), denied on August 9, 2021 (DE-415), which was received on August 23, 2021. MIMS filed his motion for compassionate on or about May 11, 2020 (DE-406), and now notices the of court of his intent to appeal the courts order.

Respectfully Submitted,

Andre' Mims
40565-054

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 23, 2021, I filed the foregoing document with the Clerk of the Court and mailed a copy via the U.S. Mail with sufficient postage to the U.S. Attorney's office at 99 NE 4th Street, Miami, Florida 33132. I further state that the aforementioned is true and correct to the best of my knowledge pursuant to a declaration of perjury.

Respectfully Submitted,

Dendre' Mims 40565-054
FCI DANBURY
ROUTE 37
DANBURY, CT 06811

ANDRE' MIMS - 40565-054
Federal Correctional Institution
33½ Pembroke RD.
Route 37
DANBURY, CT 06811

TO: United States District Court
Southern District of Florida
Clerk of the Court Rm 8N09
400 North Miami Avenue
Miami, Florida, 33128

LEGAL MAIL

33128-180549

SEP 02 2021 12:49 PM

USMS INSPECTED RECEIVED

SEP 01 2021 12:52 PM